IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-179-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| $59,807.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

On unopposed motion by the United States, and for good cause shown, it is

ORDERED that this action is stayed until July 1, 2016. At the end of that time, the parties will confer and provide the Court with a joint status report for moving forward with the case by July 10, 2016. Should the United States seek a continued stay of the case, it will file a motion to that effect no later than May 20, 2016.

SO ORDERED this 8th day of February, 2016.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE