IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-179-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $59,807.00 IN U. S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown upon motion by the Plaintiff, it is hereby ORDERED that Plaintiff's Motion to Continue Stay of Proceedings is granted.

IT IS HEREBY ORDERED that this case is stayed for 120 additional days, up to and including October 29, 2016.

SO ORDERED this 14th day of June, 2016.

_____
LOUISE W. FLANANGAN
United States District Judge

1