UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$59,807.00 IN UNITED STATES CURRENCY,

    Defendant.
_____/

CIRILA GARCIA, LUCIA COVARRUBIAS, and APOLINAR GARCIA-ANCELMO,

    Claimants.
_____/

Case No. 5:15-cv-00179-FL

ORDER STAYING PROCEEDINGS

On unopposed motion by Claimants and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT this action is STAYED pending resolution of related matter *United States v $307,970.00 in U. S. Currency*, Case #: 4:12-cv-00136-FL, or upon further order of this Court.

The Parties shall submit a joint proposed case management order within 30 days of resolution of related Case #: 4:12-cv-00136-FL.

IT IS SO ORDERED.

This 10th day of April, 2017.

_____
LOUISE W. FLANANGAN
United States District Judge