IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:15-CV-179-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $59,807.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

CONSENT ORDER

By signing below, the undersigned parties have informed the Court of the following:

1. They have settled the litigation in this matter.

2. No other person has filed a claim to the defendant property within the time prescribed by law, and all parties who claim an interest in the defendant property have consented to the entry of this Order.

It is, therefore,

ORDERED that the United States shall return to Claimants' counsel, the Law Offices of Michael and Burch, LLP, the entire $59,807.00 of the subject currency seized, to be applied to litigation costs and attorney's fees only. Payment shall be made only to Claimants' counsel and only to the benefit of said counsel via electronic funds transfer by U.S. Customs and Border Protection according to the

1

information regarding Claimants' counsel as provided by said counsel on a properly executed SF 3881 ACH Vendor Request Form;

ORDERED that Claimants individually shall have and recover nothing, and no party shall return any portion of the subject currency seized to Claimants or their designees;

ORDERED that except as explicitly provided herein, each party shall bear its own attorneys' fees, costs and expenses in this litigation; and

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 24th day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge


Consented to by:

_____
MATTHEW L. FESAK
Attorney for United States of America

_____
EDWARD M. BURCH, Law Office of Michael and Burch, LLP
Attorney for Claimants Cirila Garcia Pineda, Lucia Yasmin Covarrubias, and Apolinar Garcia-Ancelmo

2